## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
# AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Jeffrey Donohue

**BANKRUPTCY NO.** 2:18−bk−19397−BB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1159
**Employer Tax−Identification (EIN) No(s).(if any):** 20−2986744, 81−1772847
**Debtor Dismissal Date:** 5/28/19

**Address:**
2537 Pacific Coast Hwy
Torrance, CA 90505

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: May 28, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form van23b−odmwab Rev. 06/2017

**55 / SMZ**